## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOYCE DANIELS, as Administrator for the )
Estate of Mark S. Daniels, )
                                     )        CIVIL ACTION

            Plaintiff, )
                                       )        No. 2:18-cv- 1019

       vs. )
                                         )

CITY OF PITTSBURGH, and GINO )       JURY TRIAL DEMANDED
MACIOCE in his capacity as a Pittsburgh )
Police Officer and his individual capacity, )
              Defendants. )

## NOTICE OF REMOVAL

    Defendants, City of Pittsburgh and Officer Gino Macioce, by and through their undersigned counsel, and respectfully submit this Notice of Removal.

1.      This action is being removed pursuant to 28 U.S.C. §§ 1441(a) and 1446.

2.      On July 25, 2018, Defendant City of Pittsburgh was served, electronically, with a copy of the complaint in this action, which was initially filed in the Court of Common Pleas of Allegheny County, Pennsylvania at case number GD 18-005924.

3.      In accordance with § 1446(a), a "copy of all process, pleadings, and orders served upon Defendants" is filed with this notice.  Plaintiff's Complaint is attached as Exhibit A, further documents are attached as Exhibit B.

4.      Plaintiff's complaint includes allegations that a deceased individual, Mark Daniel's, civil rights were violated by Defendants.  Additionally, Plaintiff asserts claims under 42 U.S.C. § 1983 for excessive force and failure to train. *See* Plaintiff's Complaint attached as Exhibit "A."

1

5.    Thus, this Court may exercise jurisdiction over this action under 28 U.S.C. § 1331, which provides in relevant part: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States."

6.    Additionally, 28 U.S.C. § 1441(a) provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

7.    This is the proper district for removal pursuant to 28 U.S.C. §§ 118(c) and 1441(a).

8.    This Notice of Removal is filed in a timely manner under 28 U.S.C. § 1446(b).

9.    In accordance with 28 U.S.C. § 1446(d), Defendants will promptly give written notice of the filing of this Notice of Removal to Plaintiff and will file a copy of this Notice of Removal with the Court of Common Pleas of Allegheny County, Pennsylvania.

10.    This action may, therefore, be removed to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446.

Respectfully Submitted,

YVONNE S. HILTON, Esq.
 Acting City Solicitor

s/ Julie Koren, Esq.
Julie Koren (Pa.I.D. No. 309642)
 Assistant City Solicitor
City of Pittsburgh, Dept. of Law
313 City-County Building
414 Grant Street
Pittsburgh, PA  15219
(412) 255-2032
julie.koren@pittsburghpa.gov
*Counsel for Defendants*

2